# EXHIBIT A



## LLC FILE DETAIL REPORT

| File Number | 01848003 | | |
|---|---|---|---|
| Entity Name | CREDIT CONTROL, LLC | | |
| Status | ACTIVE | On | 03/15/2016 |
| Entity Type | LLC | Type of LLC | Foreign |
| File Date | 05/04/2006 | Jurisdiction | MO |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 05/28/2013 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | Principal Office | 5757 PHANTOM DRIVE, SUITE 330<br>HAZELWOOD, MO 63042 |
| Agent City | CHICAGO | Management Type | MBR  View |
| Agent Zip | 60604 | Duration | PERPETUAL |
| Annual Report Filing Date | 03/15/2016 | For Year | 2016 |
| Series Name | NOT AUTHORIZED TO ESTABLISH SERIES | | |

Return to the Search Screen

Purchase Certificate of Good Standing

**(One Certificate per Transaction)**

**OTHER SERVICES**

File Annual Report

Adopting Assumed Name

Articles of Amendment Effecting A Name Change

Change of Registered Agent and/or Registered Office Address

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

# EXHIBIT B

| Credential Details | | | | | | |
|---|---|---|---|---|---|---|
| Illinois Department of Financial and Professional Regulation | | | | | | |
| Contact | | | | | | |
| Name | | City/State/Zip | | | DBA/AKA | |
| CREDIT CONTROL LLC | | HAZELWOOD, MO 63042 | | | | |
| Contact Information | | | | | | |
| License | | | | | | |
| License Number | Description | Status | First Effective Date | Effective Date | Expiration Date | Ever Disciplined |
| 017020935 | LICENSED COLLECTION AGENCY | ACTIVE | 06/08/2006 | 05/11/2015 | 05/31/2018 | N |

# EXHIBIT C



## LLC FILE DETAIL REPORT

| File Number | 01975706 | | |
|---|---|---|---|
| Entity Name | LVNV FUNDING LLC | | |
| Status | ACTIVE | On | 07/24/2015 |
| Entity Type | LLC | Type of LLC | Foreign |
| File Date | 09/25/2006 | Jurisdiction | DE |
| Agent Name | ILLINOIS CORPORATION SERVICE C | Agent Change Date | 08/16/2013 |
| Agent Street Address | 801 ADLAI STEVENSON DRIVE | Principal Office | 625 PILOT ROAD STE 2 LAS VEGAS, NV 89119 |
| Agent City | SPRINGFIELD | Management Type | MGR  View |
| Agent Zip | 62703 | Duration | PERPETUAL |
| Annual Report Filing Date | 07/24/2015 | For Year | 2015 |
| Series Name | NOT AUTHORIZED TO ESTABLISH SERIES | | |

Return to the Search Screen

Purchase Certificate of Good Standing

**(One Certificate per Transaction)**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

# EXHIBIT D

[Print this Listing]

6/24/2016　　Illinois Division of Professional Regulation　　3:30:48 PM

**SEARCH FOR LICENSEE BY PROFESSION:**
**Collection Agency, Licensed**
**THERE ARE 1 RECORDS WHOSE NAME CONTAINS: lvnv funding**

| Licensee's Name | DBA/AKA | License Number | License Status | City, State | Original Date | Current Exprtn | Ever Discplned? |
|---|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | | 017021172 | ACTIVE | Las Vegas, NV | 08/28/2008 | 05/31/2018 | N |

**Page 1**

# EXHIBIT E

Delaware.gov | Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
GetCorporate Status
Submitting a Request
How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

Frequently Asked Questions   View Search Results

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 3061023 | Incorporation Date / Formation Date: | **6/24/1999** (mm/dd/yyyy) |
| Entity Name: | **RESURGENT CAPITAL SERVICES L.P.** | | |
| Entity Kind: | **Limited Partnership** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **DELAWARE** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **CORPORATION SERVICE COMPANY** | | |
| Address: | **2711 CENTERVILLE RD SUITE 400** | | |
| City: | **WILMINGTON** | County: | **New Castle** |
| State: | **DE** | Postal Code: | **19808** |
| Phone: | **302-636-5401** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like  ☐ Status  ☐ Status, Tax & History Information  [Submit]

[Back to Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

# EXHIBIT F

Illinois Department of Financial and Professional Regulation

| Contact | | | |
|---|---|---|---|
| Name | | City/State/Zip | DBA/AKA |
| RESURGENT CAPITAL SERVICES LP | | Greenville, SC 29601-5115 | |

Contact Information

| License | | | | | | |
|---|---|---|---|---|---|---|
| License Number | Description | Status | First Effective Date | Effective Date | Expiration Date | Ever Disciplined |
| 017022068 | LICENSED COLLECTION AGENCY | ACTIVE | 12/12/2016 | 12/12/2016 | 05/31/2018 | N |

# EXHIBIT G

February 3, 2017

# Credit Control, LLC

5757 Phantom Dr Ste 330 Hazelwood, MO 63042  877-431-7784  Hours of Operations: Mon-Thurs 9am-6pm, Fri 8am-5pm EST

Current Creditor: LVNV Funding LLC
Original Creditor: Capital One N.A.
Our Account #:
Original Acct:

Last Date of Payment: 03/04/2015
Delinquency Date:    05/06/2015
Original Creditor Address: 1680 Capital One Drive

Original Creditor City: McLean
Original Creditor State: VA
Original Creditor Zip: 22102

Balance Due:    $981.93
Charge-off Date: 10/10/2015

This letter is to notify you that the above account has been purchased by LVNV Funding LLC and assigned to this office for collection. We realize this amount due could be an oversight. If you would like to resolve this account for significantly less than the balance or to discuss other options, you can:
- Call us at 877-431-7784    ○ Go to our website at www.credit-control.com
- Complete and return the coupon on the enclosed offer in the pre-postage paid envelope provided

Please note that a negative credit bureau report reflecting on your credit record may be submitted to a credit reporting agency by the current account owner if you fail to fulfill the terms of your credit obligations. This notice in no way affects any rights you may have.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor. Should you contact us in writing for verification of this debt, we will cease further collection activity until we provide you with the verification.

This communication from a debt collector is an attempt to collect a debt. Any information obtained will be used for that purpose.

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

P.O. Box 1945
Southgate, MI 48195-0945

Richard R Macias
Chicago, IL 60629-4409

To make a payment online, please visit our website at www.credit-control.com.

CCON/RSFGSPLL  296144920984    99220/0033074/114                                    RSFGSPLL

# EXHIBIT H



# CREDIT REPORT

---

**RICHARD MACIAS**

**Order Confirmation**

**2ffd60da45dc44548399b2b04c022aca**

**Report Confirmation**

**7523983357**

## 2.4 CAPITAL ONE BANK USA NA (CLOSED)

### Payment History

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| | | | |
|---|---|---|---|
| **Account Number** | | **Reported Balance** | $981.00 |
| **Account Status** | CHARGE_OFF | **Debt-to-Credit Ratio** | 131% |
| **Available Credit** | $750.00 | **Age of Account** | 6 Year(s), 3 Month(s) |

The tables below show up to 2 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2015 | 90 | 60 | ✓ | ✓ | 30 | 60 | 90 | 120 | 150 | CO | CO | CO |
| 2014 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 |
| 2013 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | | | |
|---|---|---|---|---|---|
| ✓ Paid on Time | **30** 30 Days Past Due | **60** 60 Days Past Due | **90** 90 Days Past Due | **120** 120 Days Past Due |
| **150** 150-179 Days Past Due | **180+** 180 Days Past Due | **C** Collection Account | **CO** Charge-Off | **B** Included in Bankruptcy |
| **R** Repossession | **F** Foreclosure | **V** Voluntary Surrender | **TN** Too New to Rate | ▨ No Data Available |

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| **High Credit** | | **Owner** | INDIVIDUAL |
| **Credit Limit** | $750.00 | **Account Type** | REVOLVING |
| **Terms Frequency** | MONTHLY | **Term Duration** | 0 |
| **Balance** | $981.00 | **Date Opened** | Oct 02, 2010 |
| **Amount Past Due** | $981.00 | **Date Reported** | Jan 08, 2017 |

Equifax | RICHARD MACIAS | Jan 23, 2017 | Page 11 of 58

Summary › Revolving › Mortgage › Installment › Other › Statements › Personal Info › Inquiries › Public Records › Collections

| | | | |
|---|---|---|---|
| **Actual Payment Amount** | | **Date of Last Payment** | Mar 01, 2015 |
| **Date of Last Activity** | | **Scheduled Payment Amount** | |
| **Months Reviewed** | 71 | **Delinquency First Reported** | Nov 01, 2015 |
| **Activity Designator** | CLOSED | **Creditor Classification** | UNKNOWN |
| **Deferred Payment Start Date** | | **Charge Off Amount** | $981.00 |
| **Balloon Payment Date** | | **Balloon Payment Amount** | |
| **Loan Type** | Credit Card | **Date Closed** | |
| **Date of First Delinquency** | May 01, 2015 | | |

## Comments

Charged off account

Payment is payroll deductible

## Contact

CAPITAL ONE BANK USA NA

RICHMOND, VA????23285-5075

800-955-7070

EQUIFAX | RICHARD MACIAS | Jan 23, 2017 | Page 12 of 58

Summary › Revolving › Mortgage › Installment › Other › Statements › Personal Info › Inquiries › Public Records › Collections